# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLORIA WILLINGHAM,                )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>      v.                                             )<br>                                                        )<br>ALBERTO GONZALES,               )<br>   Attorney General of the United States, )<br>                                                        )<br>            Defendant.                      )<br>                                                        ) | Civil No. 02-1972 (ESH) |

## ORDER

Upon defendant's motion for summary judgment, and having considered plaintiff's opposition thereto, it is this 30th day of August, 2005, hereby

**ORDERED** that defendant's motion is **GRANTED**, and the above-captioned matter is **DISMISSED WITH PREJUDICE**.

                                                                  s/
                                                        ELLEN SEGAL HUVELLE
                                                        United States District Judge